**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re:              | Case No. 11-09576 |
|---------------------|-------------------|
| JOHN H BORN         |                   |
| Debtor(s)           |                   |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/08/2011.

2) The plan was confirmed on 07/25/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/27/2012.

5) The case was converted on 12/17/2013.

6) Number of months from filing to last payment: 24.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $16,545.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $21,000.00 |
| Less amount refunded to debtor | $18.79 |

**NET RECEIPTS:** $20,981.21

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $849.65 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,849.65

Attorney fees paid and disclosed by debtor:     $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARP | Unsecured | 827.60 | NA | NA | 0.00 | 0.00 |
| ADVANTA BANK CORP | Unsecured | 16,866.00 | 12,220.67 | 12,220.67 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 4,545.00 | 4,545.34 | 4,545.34 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 2,627.00 | 2,627.12 | 2,627.12 | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 3,908.00 | 4,092.64 | 4,092.64 | 0.00 | 0.00 |
| BACK 2 LIFE | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| BAKC TO LIFE | Unsecured | 165.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 9,379.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 1,528.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 1,529.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BANK ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BRIDGEVIEW BANK | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,780.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 3,215.00 | 2,886.04 | 2,886.04 | 0.00 | 0.00 |
| CED CREDIT OFFICE | Secured | 20,000.00 | NA | NA | 0.00 | 0.00 |
| CED CREDIT OFFICE | Unsecured | 2,062.00 | 12,472.27 | 12,472.27 | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 15,098.00 | NA | NA | 0.00 | 0.00 |
| CHASE CARD MEMBER SERVICE | Unsecured | 1,229.00 | NA | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE VISA | Unsecured | 1,714.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 2,673.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK SD NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIBANK USA | Unsecured | 5,549.00 | NA | NA | 0.00 | 0.00 |
| CITIBUSINESS CARD | Unsecured | 1,011.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 11,845.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CITIFINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | 152,958.00 | 148,394.55 | 171,920.96 | 0.00 | 0.00 |
| CITIMORTGAGE INC | Secured | NA | 23,526.41 | 16,000.00 | 16,000.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 244.00 | 444.00 | 444.00 | 0.00 | 0.00 |
| COMMERCE BANK NA | Unsecured | 2,626.00 | 3,471.87 | 3,471.87 | 0.00 | 0.00 |
| DIAGNOSTIC IMAGING ASSOC | Unsecured | 1,429.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 3,418.00 | NA | NA | 0.00 | 0.00 |
| DISCOVER FINANCIAL SERVICES | Unsecured | 3,417.00 | 3,390.10 | 3,390.10 | 0.00 | 0.00 |
| DIVERSIFIED EMERGENCY SERVICE | Unsecured | 151.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 11,845.00 | 12,514.89 | 12,514.89 | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 9,055.00 | 9,055.92 | 9,055.92 | 0.00 | 0.00 |
| ER ASSOC | Unsecured | 62.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 1,973.00 | NA | NA | 0.00 | 0.00 |
| GEMB/HH GREGG | Unsecured | 1,973.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT | Unsecured | 5,550.00 | NA | NA | 0.00 | 0.00 |
| HSBC CARD SERVICES | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,650.70 | 1,835.45 | 1,835.45 | 1,835.45 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,521.51 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,971.69 | 1,957.67 | 0.00 | 0.00 |
| JH STROGER HOSP OF COOK COUNT | Unsecured | 494.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 1,429.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 72,556.95 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | NA | 296.11 | 296.11 | 296.11 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 121,764.95 | 123,072.80 | 123,368.91 | 0.00 | 0.00 |
| JUNIPER CARD SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,373.00 | 2,488.61 | 2,488.61 | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 128.00 | 130.05 | 130.05 | 0.00 | 0.00 |
| MENARDS | Unsecured | 4,005.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 806.00 | 805.57 | 805.57 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 4,963.00 | 4,963.22 | 4,963.22 | 0.00 | 0.00 |
| MIDWEST IMAGING & DIAGNOSTIC | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST NEOPED ASSOCIATES LTD | Unsecured | 1,140.00 | NA | NA | 0.00 | 0.00 |
| MORTGAGE SERVICES III LLC | Secured | NA | 3,711.69 | NA | 0.00 | 0.00 |
| MORTGAGE SERVICES III LLC | Secured | 22,062.00 | 29,394.09 | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 477.00 | 663.19 | 663.19 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 239.00 | 295.07 | 295.07 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 2,237.00 | 2,237.94 | 2,237.94 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 474.00 | 473.62 | 473.62 | 0.00 | 0.00 |
| RESSURRECTION MEDICAL CENTER | Unsecured | 19,395.25 | NA | NA | 0.00 | 0.00 |
| RESURRECTION MEDICAL CENTER | Unsecured | 141.00 | NA | NA | 0.00 | 0.00 |
| RMC CARDIOLOGY | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| RMC EMERGENCY PHYSICIANS | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| RMC EMERGENCY PHYSICIANS | Unsecured | 656.00 | NA | NA | 0.00 | 0.00 |
| RMC PATHOLOGY ASSOCIATES | Unsecured | 783.00 | NA | NA | 0.00 | 0.00 |
| RMC PATHOLOGY ASSOCIATES | Unsecured | 292.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 335.00 | 334.89 | 334.89 | 0.00 | 0.00 |
| ST MARY & ELIZABETH MEDICAL | Unsecured | 2,925.00 | NA | NA | 0.00 | 0.00 |
| ST MARY & ELIZABETH MEDICAL | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| STAPLES CREDIT PLAN | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Unsecured | 1,851.00 | 1,851.22 | 1,851.22 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $295,289.87 | $0.00 | $0.00 |
| Mortgage Arrearage | $16,296.11 | $16,296.11 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$311,585.98** | **$16,296.11** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,835.45 | $1,835.45 | $0.00 |
| **TOTAL PRIORITY:** | **$1,835.45** | **$1,835.45** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$83,921.91** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,849.65 |
| Disbursements to Creditors | $18,131.56 |
| **TOTAL DISBURSEMENTS :** | **$20,981.21** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/30/2013                    By:/s/ Tom Vaughn
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**